IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY TABB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-052 |
| | ) | |
| ANDREW MCFARLANE; ARLENE HUNT; | ) | |
| TONJA KEITH; and MS. HILL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this 23rd day of September, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE